UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW U.D. STRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03975-WTL-TAB |
| | ) | |
| INDIANA ATTORNEY GENERAL, | ) | |
| PATRICIA MCMATH, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice pursuant to 28 U.S.C. § 1915.

Date: 11/6/17

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ANDREW U.D. STRAW
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173